

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00528-CV

**IN RE VALERO ENERGY CORPORATION**; Valero Refining-New Orleans, LLC; Valero Refining-Texas, L.P.; Valero Services, Inc.; Valero Unit Investments, LLC; Valero Retail Holdings, Inc.; Valero International Holdings, Inc.; and Valero Refining and Marketing Co.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice
                 Jason Pulliam, Justice

On September 13, 2016 real party in interest Gilberto Montoya filed a motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real party in interest is due September 23, 2016.

It is so **ORDERED** on September 16, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011-CI-04253, styled *Judith Albarran et al v. Koch Specialty Plant Services, et al*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.